# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BOBBY RAY WYLES, JR.,                                                PLAINTIFF
ADC #149401

V.                           4:17CV00267-JM-JTK

SCOTT MONTGOMERY, et al.                                      DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

2. Plaintiff's motion for joinder, docket # 7, does not cure the defects contained in Plaintiff's complaint as outlined in the recommendation. Accordingly, the motion is denied.

3. This dismissal constitutes a "strike" within the meaning of the PLRA.

4. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 5th day of June, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1